**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO. 4:06cr23-RH/CAS

CLARENCE EDWARD HOLSEY,

    Defendant.

_____/

**CORRECTED ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* ON APPEAL**[1]

The petitioner's motion for leave to proceed *in forma pauperis* on appeal, ECF No. 118, is GRANTED.

SO ORDERED on December 2, 2013.

                                     s/Robert L. Hinkle
                                     United States District Judge

---

[1] This order is identical to the order entered November 22, 2013, except for the deletion of a sentence requiring an initial and periodic filing fee. That requirement applies only in civil cases under the Prison Litigation Reform Act. This is a criminal case. The sentence was a scrivener's error.